UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13/2026

---------------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

ALEXI MATEO SANTANA,

Defendant.

---------------------------------------------------------------X

26-CR-0319 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the parties must appear before the Court on **Wednesday, September 23, 2026, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

**Date: August 13, 2026**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**