UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES OF AMERICA :

-against- : 26-CR-0319 (VEC)

ALEXI MATEO SANTANA, : ORDER

Defendant. :

---------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the Court on Thursday, November 12, 2026.

IT IS HEREBY ORDERED that trial in this matter will begin on **Monday, February 22, 2027, at 9:30 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that pretrial motions, if any, are due no later than **Friday, December 4, 2026**. Oppositions to pretrial motions are due on **Friday, December 18, 2026**. Replies are due on **Friday, January 8, 2027**.

IT IS FURTHER ORDERED that if any Party seeks to introduce expert witness testimony, expert disclosure regarding such witnesses is required no later than **Friday, December 4, 2026**.

IT IS FURTHER ORDERED that the Parties' motions *in limine* and *Daubert* motions, if any, are due no later than **Friday, January 15, 2027**. Responses to the motions *in limine* and *Daubert* motions are due on **Friday, January 29, 2027**.

IT IS FURTHER ORDERED that the Parties' proposed *voir dire* questions and requests to charge are due no later than **Friday, February 5, 2027**.

IT IS FURTHER ORDERED that the Parties must appear for the final pretrial conference on **Thursday, February 18, 2027, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse.

IT IS FURTHER ORDERED that time is excluded for the period between November 12, 2026, and February 22, 2027, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the ends of justice are served by allowing time for Defendant's counsel to review the discovery obtained in this case and prepare for trial, and those interests outweigh the interest of the public and the Defendant in a speedy trial.

**SO ORDERED.**

**Date: November 13, 2026**
**New York, NY**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**