Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_________________
DATE FILED: 11/18/2026

November 13, 2026

**MEMO ENDORSED**

**BY ECF**

The Honorable Valerie E. Caproni
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **United States v. Alexi Mateo-Santana**
**26-CR-319 (VEC)**

Dear Judge Caproni,

Alexi Mateo-Santana, through undersigned counsel, respectfully moves the Court for an order modifying his release conditions. Specifically, Mr. Mateo-Santana, who lives in the District of Massachusetts, asks the Court to modify his travel restrictions as follows:

> Defendant's travel is restricted to the District of Massachusetts, and to the SDNY for court purposes and attorney visits. Any other travel outside of the District of Massachusetts is authorized for work purposes only, with the permission of U.S. Probation.

The purpose of this modification is to permit Mr. Mateo-Santana to work as a delivery driver for Amazon Fresh, which would sometimes require him to cross into nearby states that border Massachusetts.

Undersigned counsel has conferred with the government and Mr. Mateo's supervising probation officer in the District of Massachusetts. Neither party has any objection to the requested modification.

Respectfully Submitted,
/s/
Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

Application GRANTED. Defendant's travel restrictions are modified to authorize him to travel outside of the District of Massachusetts for work purposes only, with the permission of U.S. Probation.

SO ORDERED.

11/18/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE